U.S. DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

JUL 26 2024

FILED

| | |
|---|---|
| UNITED STATES OF AMERICA | ) INFORMATION NO. _____ |
| | ) |
| v. | ) CR524-006 |
| | ) |
| DAREN KIRKLAND | ) 18 U.S.C. § 1001(a)(3) |
| | ) False Document |

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT ONE
*False Document*
18 U.S.C. § 1001(a)(3)

On or about September 23, 2019, in Coffee County, within the Southern District of Georgia, the Defendant,

**DAREN KIRKLAND**,

did willfully and knowingly make and use a false writing and document, knowing the same to contain a materially false, fictitious, and fraudulent statement and entry in a matter within the jurisdiction of the executive branch of the Government of the United States, by submitting to the United States Railroad Retirement Board a claim for unemployment benefits asserting that he had been furloughed by CSX, a Class I freight railway company, and had not been employed by any other employer between September 09, 2019, and September 22, 2019. The statement and representation was false because, as **DAREN KIRKLAND** then and there knew, he had been employed by Premium Peanut LLC, between September 09, 2019, and September 22, 2019.

All in violation of Title 18, United States Code, § 1001(a)(3).

_____
Jill E. Steinberg
United States Attorney

_____
L. Alexander Hamner
Assistant United States Attorney
Lead Counsel

_____
Tania D. Groover
Assistant United States Attorney
Chief, Criminal Division